

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,223-02

### EX PARTE GORDON RAYMOND WALKER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 618633-B IN THE 338TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam. Alcala, J., not participating.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to three counts of indecency with a child by exposure in exchange for ten years' community supervision. His community supervision was later revoked and he was sentenced to two years' imprisonment for each count, to run concurrently. Applicant did not appeal his conviction.

In this application for writ of habeas corpus, Applicant alleged, among other things, that the Department of Public Safety was incorrectly interpreting Article 62.101(a)(3) of the Texas Code of Criminal Procedure to require him to register as a sex offender for life. On October 14, 2015, this

Court ordered that the application be filed and set for submission to determine whether a person who is convicted of multiple counts of indecency with a child by exposure charged in a single indictment and adjudicated at the same time is properly considered to have received multiple convictions "before or after" conviction as described in Article 62.101(a)(3). The parties were ordered to brief the issues, and after various extensions were requested and granted, the briefs were due in this Court on January 13, 2016. On that date, this Court had not received briefs from either party, but did receive a motion filed by Applicant, requesting dismissal of the application. In that motion, Applicant alleges that a resolution has been reached which makes his claim moot.

We therefore dismiss this application and withdraw the briefing order issued on October 14, 2015.

Delivered: January 27, 2016
Do not publish